STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. CHARLES NEIMAN, PLAINTIFF IN ERROR.

Submitted February 16, 1940—Decided May 2, 1940.

For the defendant in error, *William A. Wachenfeld.*

For the plaintiff in error, *J. Victor D'Aloia.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—None.